■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JATIEK SMITH, Petitioner, v WARDEN, ANNA M. KROSS CENTER, Respondent. [16 NYS3d 478]—Writ of habeas corpus, inter alia, in the nature of an application for bail reduction upon Richmond County indictment No. 110/14, and to release the petitioner on his own recognizance.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Richmond County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger*, 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson*, 48 NY2d 230 [1979]).

The petitioner failed to demonstrate entitlement to relief pursuant to CPL 30.30 (2) (a). Mastro, J.P., Leventhal, Roman and Hinds-Radix, JJ., concur.